UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-04665-HSG<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On August 1, 2024, the Court received a pleading from Plaintiff requesting a *Marsden* hearing. Dkt. No. 1. Pursuant to this pleading, the Court opened a civil rights action under the above-captioned case number. However, Plaintiff has informed the Court that he sought to file this pleading in the California state court, and that the pleading was inadvertently sent to this court. Dkt. No. 4. The Clerk of the Court is therefore directed to administratively close this action as opened in error. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated: 8/19/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge