UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-04665-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 6 |

Plaintiff's request for voluntary dismissal is DENIED as moot. Dkt. No. 6. This case was administratively closed pursuant to Plaintiff's request on August 19, 2024. Dkt. No. 5.

This order terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 10/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge